1  Steve Blackburn, State Bar No. 154797
   Matthew A. Goodin, State Bar No. 169674
2  EPSTEIN BECKER & GREEN, P.C.
   One California Street, 26th Floor
3  San Francisco, California 94111-5427
   Telephone: 415.398.3500
4  Facsimile: 415.398.0955

5  SBlackburn@ebglaw.com
   MGoodin@ebglaw.com
6
   Attorneys for Defendant,
7  USPROTECT CORPORATION

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                                                *E-FILED - 9/28/06*

11 | SCOTT MERSNICK, individually and on      | CASE NO. C06-03993 RMW PVT
   | behalf of all others similarly situated, |
12 |                                          | STIPULATION AND [PROPOSED]
   |              Plaintiffs,                 | ORDER CONTINUING INITIAL CASE
13 |                                          | MANAGEMENT CONFERENCE AND
   |   v.                                     | RELATED DEADLINES
14 |                                          |
   | USPROTECT CORPORATION,                   | Judge Ronald M. Whyte
15 |                                          |
   |              Defendant.                  |
16

17        The original Complaint in this matter was filed on June 28, 2006, and the Order Setting

18 Initial Case Management Conference and ADR Deadlines issued on the same day set the Initial

19 Case Management Conference for September 29, 2006 and provided that initial disclosures were

20 to be completed by September 22, 2006. The original Complaint was never served on Defendant

21 USProtect. Plaintiff filed his First Amended Complaint on August 10, 2006. Defendant was

22 served by mail on August 10, 2006.

23        On September 12, 2006, USProtect filed a Motion to Dismiss the First Amended

24 Complaint, which is currently set for hearing on October 27, 2006. The Motion to Dismiss may

25 potentially limit the claims and issues presented in this matter.

26        The parties are aware that the court is expecting the parties to file an ADR Certification

27 and either a Stipulation and Proposed Order Selecting an ADR Process or a Notice of Need for

28 an ADR Phone Conference.

PDF created with pdfFactory Pro trial version www.pdffactory.com

1  The parties believe it is impractical and inefficient for them to be required to prepare
2  initial disclosures or for the Court to conduct an initial Case Management Conference before the
3  Court rules on USProtect's Motion to Dismiss. Therefore, the parties hereby stipulate and agree
4  to continue the initial Case Management Conference and all related deadlines, including the
5  deadline to elect ADR options and the deadline to complete initial disclosures.

6  Accordingly, the parties hereby respectfully request that the Court postpone the Case
7  Management Conference to a date no sooner than 60 days after the Court issues an Order on
8  USProtect's Motion to Dismiss, or in the alternative, to another date convenient to the Court
9  after the Court issues an Order on USProtect's Motion to Dismiss. The parties further stipulate
10 and request that all related deadlines be governed by the new initial Case Management
11 Conference date.

12 IT IS HEREBY STIPULATED:

13 DATED: September 15, 2006                EPSTEIN BECKER & GREEN, P.C.

14                                          By: /s/
                                            Steven R. Blackburn
15                                          Matthew A. Goodin
                                            Attorneys for Defendant
16                                          USPROTECT CORPORATION

17

18 DATED: September 15, 2006                LAW OFFICES OF MICHAEL MILLEN

19                                          By: /s/
                                            Michael Millen
20                                          Attorney for Plaintiff
                                            SCOTT MERSNICK
21

22 IT IS HEREBY ORDERED:

23 The Initial Case Management Conference is hereby continued to 12/8/06 @ 10:30 a.m.
24 and all related deadlines, including the last day to elect ADR procedures and the last day to
25 complete initial disclosures, shall be governed by this date.

26 DATED: 9/28/06                           /s/ Ronald M. Whyte
27                                          The Honorable Ronald M. Whyte

28

asdf2 / 2    - 2 -

PDF created with pdfFactory Pro trial version www.pdffactory.com