Michael Millen
Attorney at Law  (#151731)
119 Calle Marguerita  Ste. 100
Los Gatos, CA  95032
Telephone:  (408) 871-0777
Fax:  (408) 516-9861
email:  MikeMillen@aol.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA       *E-FILED - 12/5/06*

| | |
|---|---|
| SCOTT MERSNICK, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>USPROTECT CORPORATION, a Maryland corporation formerly known as HOLIDAY INTERNATIONAL SECURITY, INC., and DOES 1 TO 25,<br><br>    Defendants. | NO.:  C06-03993 RMW (PVT)<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

1   The original Complaint in this matter was filed on June 28, 2006, and the Order Setting
2   Initial Case Management Conference ("CMC") and ADR Deadlines issued on the same day set the
3   Initial Case Management Conference for September 29, 2006.
4   On September 12, 2006, USProtect filed a Motion to Dismiss which could potentially limit
5   the claims and issues presented in this matter. On September 28, 2006, the Court continued the
6   initial CMC to December 8, 2006, in light of the Motion.
7   The Motion to Dismiss was heard on October 27, 2006, at which time the court took the
8   matter under submission. No order has yet been issued.
9   The parties believe it is impractical and inefficient for them to prepare initial disclosures or
10  for the Court to conduct an initial CMC before the Court rules on USProtect's Motion to Dismiss.
11  Therefore, the parties hereby stipulate and agree to continue the CMC and all related deadlines,
12  including the deadline to elect ADR options and the deadline to complete initial disclosures.
13  Accordingly the parties hereby respectfully request that the Court take the December 8,
14  2006, CMC off-calendar and reschedule it to a date future consistent with the court's issuance of an
15  order on the matter under submission.

18  Dated: November 29, 2006

_____
MICHAEL MILLEN, ESQ.
ATTORNEY FOR PLAINTIFFS


EPSTEIN BECKER & GREEN, P.C.


25  Dated: November 29, 2006

_____
STEVEN R. BLACKBURN
MATTHEW A. GOODIN
ATTORNEYS FOR DEFENDANT

Michael Millen, Esq.
119 Calle Marguerita #100
Los Gatos, CA 95032
(408) 871-0777

C06-03993 RMW
(PVT)

IT IS HEREBY ORDERED:

The 12/8/06 CMC is hereby continued to __February 9, 2007__ at 10:30 a.m. and all related deadlines, including the last day to elect ADR procedures and the last day to complete initials disclosures, shall be governed by the new date.

Dated:  12/5/06

/s/ Ronald M. Whyte
RONALD M. WHYTE
US DISTRICT COURT JUDGE