Michael Millen
Attorney at Law  (#151731)
119 Calle Marguerita  Ste. 100
Los Gatos, CA  95032
Telephone:  (408) 871-0777
Fax:  (408) 516-9861
email:  MikeMillen@aol.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 2/14/07*

| | |
|---|---|
| SCOTT MERSNICK, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>USPROTECT CORPORATION, a Maryland corporation formerly known as HOLIDAY INTERNATIONAL SECURITY, INC., and DOES 1 TO 25,<br><br>    Defendants. | NO.:   C06-03993 RMW (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

1  The original Complaint in this matter was filed on June 28, 2006, and the Order Setting Initial Case Management Conference ("CMC") and ADR Deadlines issued on the same day set the Initial Case Management Conference for September 29, 2006. That date was ultimately continued to February 16, 2007, in recognition that USProtect's Motion to Dismiss was pending.

While the court has since issued its ruling on that Motion to Dismiss, plaintiff filed an amended complaint and USProtect has now filed another Motion to Dismiss which is set to be heard on March 9, 2007.

As before, the parties believe it is impractical and inefficient for them to prepare initial disclosures or for the Court to conduct an initial CMC before the Court rules on USProtect's Motion to Dismiss. Therefore, the parties hereby stipulate and agree to continue the CMC and all related deadlines, including the deadline to elect ADR options and the deadline to complete initial disclosures.

Accordingly the parties hereby respectfully request that the Court take the February 16, 2007, CMC off-calendar and reschedule it to a date future consistent with the court's issuance of an order on the March 9, 2007, Motion to Dismiss.

Dated: February 5, 2007

_____
MICHAEL MILLEN, ESQ.
ATTORNEY FOR PLAINTIFFS

EPSTEIN BECKER & GREEN, P.C.

Dated: February 5, 2007

_____
STEVEN R. BLACKBURN
MATTHEW A. GOODIN
ATTORNEYS FOR DEFENDANT

IT IS HEREBY ORDERED:

In light of the pending Motion to Dismiss, the 2/16/07 CMC is hereby continued to **March 30, 2007** at 10:30 a.m. and all related deadlines, including the last day to elect ADR procedures and the last day to complete initials disclosures, shall be governed by the new date.

Dated: 2/14/07

_____
RONALD M. WHYTE
US DISTRICT COURT JUDGE

Michael Millen, Esq.
119 Calle Marguerita #100
Los Gatos, CA 95032
(408) 871-0777

C06-03993 RMW
(PVT)

Page 3