Michael Millen
Attorney at Law  (#151731)
119 Calle Marguerita  Ste. 100
Los Gatos, CA  95032
Telephone:  (408) 871-0777
Fax:  (408) 516-9861
email:  MikeMillen@aol.com

Attorney for Plaintiffs

***E-FILED - 9/19/07***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT MERSNICK, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>USPROTECT CORPORATION, a Maryland corporation formerly known as HOLIDAY INTERNATIONAL SECURITY, INC., and DOES 1 TO 25,<br><br>　　　　Defendants. | NO.:   C06-03993 RMW (PVT)<br><br>**STIPULATION AND []<br>ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE<br>AND RELATED DEADLINES** |

1  By order of Sept. 7, 2007, the court granted Defendant's Motion to Dismiss Second
2  Amended Complaint but gave plaintiff 20 days to amend various portions of the complaint.
3  Due to complexity of the issues, time constraints, and vacation plans, Plaintiff hereby
4  requests that the court grant an additional 20 days for plaintiff to amend the complaint. Defendant
5  has no objection.
6  In addition, both parties request that, for scheduling reasons, the court vacate (or
7  reschedule) the CMC it set for September 28. The parties believe that there will be another round
8  of law and motion proceedings when plaintiff files the amended complaint and would request that
9  the court defer setting case management deadlines until the matter is at issue. Thus, the parties
10 would request that the CMC date be vacated.
11 Alternately, as a second alternative the parties would request that the court move the CMC
12 to early December so as to allow enough time for the law and motion proceedings to complete their
13 course.
14 Plaintiff also notes that he is unavailable on Friday, October 19, 2007 due to another
15 appearance in this court.

17 Dated: 9/17/07

MICHAEL MILLEN, ESQ.
ATTORNEY FOR PLAINTIFFS

EPSTEIN BECKER & GREEN, P.C.

24 Dated: 9/14/07 9/18/07

STEVEN R. BLACKBURN
MATTHEW A. GOODIN
ATTORNEYS FOR DEFENDANT

1   IT IS HEREBY ORDERED:

2   1. Plaintiff may have an additional 20 days in which to file an amended complaint in addition
3   to the 20 days already granted, for a total of 40 days;

4   2. With regard to the CMC, the court orders:

5

6   [ ]   The CMC is taken off-calendar and will be reset after the next law and motion
7   hearing;

8

9   [X]   The CMC is continued to  December 17, 2007  at 10:30 a.m., and
10  all related deadlines, including the last day to elect ADR procedures and the last day to complete
11  initials disclosures, shall be governed by the new date.

12

13

14

15  Dated: 9/19/07

16                                    _Ronald M. Whyte_
                                      RONALD M. WHYTE
17                                    US DISTRICT COURT JUDGE

18

19

20

21

22

23

24

25

26

27

28

Michael Millen, Esq.
119 Calle Marguerita #100
Los Gatos, CA  95032
(408) 871-0777

C06-03993 RMW
(PVT)

Page 3