1  Steve Blackburn, State Bar No. 154797
   Matthew A. Goodin, State Bar No. 169674
2  EPSTEIN BECKER & GREEN, P.C.
   One California Street, 26th Floor
3  San Francisco, California 94111-5427
   Telephone: 415.398.3500
4  Facsimile: 415.398.0955

5  sblackburn@ebglaw.com
   mgoodin@ebglaw.com
6
   Attorneys for Defendant,                    *E-FILED - 11/1/07*
7  USPROTECT CORPORATION

8                UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 | SCOTT MERSNICK, individually and on    | CASE NO. C06-03993 RMW PVT
   | behalf of all others similarly situated, |
12 |                                          | STIPULATION AND [PROPOSED]
   |                Plaintiffs,               | ORDER EXTENDING DEADLINE FOR
13 |                                          | DEFENDANT TO RESPOND TO THIRD
   |        v.                                | AMENDED COMPLAINT
14 |                                          |
   | USPROTECT CORPORATION,                   |
15 |                                          | Courtroom: 6
   |                Defendant.                |
16 |                                          | Judge Ronald M. Whyte

17

18     By Order dated September 7, 2007, the Court granted Defendant's Motion to Dismiss

19 Second Amended Complaint and gave Plaintiff 20 days to amend various portions of the

20 complaint. By Stipulation and Order filed on September 19, 2007, the parties stipulated, and the

21 Court granted Plaintiff an additional 20 days to file a Third Amended Complaint. Plaintiff

22 timely filed a Third Amended Complaint on October 17, 2007. The parties have now stipulated

23 to grant Defendant an extension of time, until November 9, 2007, to respond to the Third

24 Amended Complaint.

25 ///

26 ///

27 ///

28 ///

SO STIPULATED:

DATED: October 29, 2007     EPSTEIN BECKER & GREEN, P.C.

By: _____
Steven R. Blackburn
Matthew A. Goodin
Attorneys for Defendant
USPROTECT CORPORATION

DATED: October 29, 2007     LAW OFFICES OF MICHAEL MILLEN

By: _____
Michael Millen
Attorneys for Plaintiff

IT IS HEREBY ORDERED

Defendant is granted until November 9, 2007, to respond to the Third Amended Complaint.

DATED: 11/1/07

_____
The Honorable Ronald M. Whyte

- 2 -

SF:151545v1                                    Stip. And [Proposed] Order
                                               Case No. C06-03993 RMW PVT