1 Steven R. Blackburn, State Bar No.154797
Matthew A. Goodin, State Bar No.169674
2 EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
3 San Francisco, California 94111-5427
Telephone: 415.398.3500
4 Facsimile: 415.398.0955
sblackburn@ebglaw.com
5 mgoodin@ebglaw.com

6 Attorneys for Defendant,
USPROTECT CORPORATION
7

8                  **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| SCOTT MERSNICK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>USPROTECT CORPORATION,<br><br>Defendant. | CASE NO. C06-03993 RMW PVT<br><br>**COMPENDIUM OF CALIFORNIA AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THIRD AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**<br>[Fed. R. Civ. Proc. 12(b)(6); 56]<br><br>Date:        December 14, 2007<br>Time:       9:00 A.M.<br>Courtroom:  6, 4th Floor<br>                 280 South First Street<br>                 San Jose, CA 95113<br>Judge:      Ronald M. Whyte |

| **CALIFORNIA CASES** | **TAB NO.** |
|---|---|
| *Camp v. Jeffer, Mangels, Butler & Marmaro* (1995) 35 Cal.App. 4th 620 | 1 |
| *Craig v. Brown & Root, Inc.* 84 Cal.App. 4th 416 (2000) | 2 |
| *DiGiacinto v. Ameriko-Omserv Corp.* 59 Cal.App.4th 629 (1997) | 3 |
| *Gama v. County of Kern* 179 Cal.App.2d. 1 (1960) | 4 |
| *Gedstad v. Ellichman* 124 Cal App 2d 831 (1954) | 5 |
| *Ghirardo v. Antonioli* 14 Cal.4th 39 | 6 |
| *Guz v. Bechtel National, Inc.* 24 Cal.4th 317 (2000) | 7 |
| *Haggard v. Kimberly Quality Care* 39 Cal.App.4th 508 (1998) | 8 |
| *Halvorsen v. Aramark Unif. Servs.* 65 Cal. App. 4th 1383 (1998) | 9 |
| *Kajima/Ray Wilson v. Los Angeles County Metro Transp. Auth.* 23 Cal.4th 305 (2000) | 10 |
| *Kronsberg v. Milton J. Wershow Co.* 238 Cal. App. 2d 170 (1965) | 11 |
| *La Deaux v. County of Alameda* 256 Cal.App.2d 261 (1967) | 12 |

SF:153827v1      Compendium of California Authorities
Case No. C06-03993 RMW PVT

- 3 -

**STATE STATUTES**                  **TAB NO.**

California Business and Professions Code

    § 7583.1 .......................................................................................................... 13

California Labor Code

    § 2802 ............................................................................................................. 14

DATED: November 30, 2007          EPSTEIN BECKER & GREEN, P.C.

By:     /s/
        Steven R. Blackburn
        Matthew A. Goodin

Attorneys for Defendant
USPROTECT CORPORATION